**FILED**

UNITED STATES COURT OF APPEALS

NOV 05 2014

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| C. B., a minor,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>CITY OF SONORA; et al.,<br><br>        Defendants - Appellants. | No. 11-17454<br><br>D.C. No. 1:09-cv-00285-AWI-SMS<br>Eastern District of California,<br>Fresno<br><br>ORDER |

Before: KOZINSKI, Chief Judge, and O'SCANNLAIN, THOMAS, SILVERMAN, GRABER, GOULD, PAEZ, BERZON, TALLMAN, BYBEE and M. SMITH, Circuit Judges.

      Appellants' motion for stay of mandate pursuant to Fed. R. App. P. 41(d)(2)

is GRANTED.